(Batts, J)

ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ELISEO DEJESUS,                 :
                                :
            Plaintiff,          :
                                :
       - v. -                   :
                                :   STIPULATION AND ORDER
MICHAEL J. GARCIA,              :        OF REMAND
Commissioner of                 :
Social Security,                :   08 Civ. 3428 (DAB)(DCF)
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between

the attorney for the defendant and the plaintiff pro se, that this

action be, and hereby is, remanded to the Commissioner of Social

Security, pursuant to sentence six of 42 U.S.C. § 405(g), for further administrative proceedings, including locating or reconstructing the claims file.

Dated: New York, New York
       June /6 , 2008

                              ELISEO DEJESUS
                              Plaintiff pro se
                              712 West 175th Street, Apt.#4H
                              Bronx, New York  10033
                              Telephone No.: (718) 838-4940

                              MICHAEL J. GARCIA
                              United States Attorney
                              Southern District of New York
                              Attorney for Defendant

By: _____
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street - 3rd Floor
    New York, New York  10007
    Telephone No.: (212) 637-2712
    John.Gura@usdoj.gov

SO ORDERED:

_Deborah A. Batts_
UNITED STATES MAGISTRATE JUDGE
7/2/08